UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LONNIE RAY CARTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SERGEANT R. BRINSON, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.   C05-5402-RSM <br><br> ORDER GRANTING DEFENDANTS' <br> MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's civil rights complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, plaintiff's objections, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendants' motion for summary judgment (Dkt. No. 41) is GRANTED. Plaintiff's complaint (Dkt. No. 7) and this action are DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

(3)   Plaintiff's Motion to Appoint Counsel (Dkt. No. 56) is STRICKEN as moot.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 1

(4) The Clerk is directed to count this dismissal as a strike under **28 U.S.C. § 1915(g)**, and to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this _23_ day of October , 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 2